## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Francisco Javier Gallegos Valenzuela
                                Plaintiff,

v.                                                    Case No.: 1:25−cv−13499
                                                      Honorable Andrea R. Wood

Sam Olson, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 11/12/2025. As stated on the record, with the Court having considered the record and arguments of the parties, Petitioner Francisco Javier Gallegos Valenzuela's petition for writ of habeas corpus [1] is granted. Written opinion to follow. Within five days of this order, Respondents shall either (1) provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) or (2) release him from custody under reasonable conditions of supervision. By 11/21/2025, the parties shall file a status report addressing Petitioner's release status, including confirming that he received a bond hearing and stating the result of that bond hearing. The Court is ordering that the bond hearing take place within five days to ensure that the matter of release on bond is considered promptly in light of the concerns related to the medical condition of Petitioner's minor child. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.